UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-cv-62201-WPD

CENTRAL PALM BEACH PHYSICIANS
& URGENT CARE, INC. d/b/a TOTAL MD,
a Florida corporation, a/a/o Ferica Brown,
on behalf of itself and all others similarly situated,

        Plaintiff,

v.

INFINITY AUTO INSURANCE COMPANY,

        Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal Without Prejudice [DE 53] (the "Stipulation"), filed herein on May 3, 2019. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 53] is hereby **APPROVED**;

2. This case is **DISMISSED WITHOUT PREJUDICE;**

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 6th day of May, 2019.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:
Counsel of Record